PEOPLE, *ex rel.* DIRECTOR OF CONSERVATION, *v.* BABCOCK.

This case is controlled by *People, ex rel. Director of Conservation,* v. *Reghi,* 3 Mich App 389.

Appeal from Ingham; Coash (Louis E.), J. Submitted Division 2 April 5, 1966, at Lansing. (Docket No. 1,035.) Decided May 24, 1966.

Bill of complaint by People of the State of Michigan, *ex rel.* Gerald E. Eddy, Director of Department of Conservation, to enjoin Charles W. Babcock and others from making any further landfill in Lake St. Clair. Bill of complaint dismissed. Plaintiff appeals. Affirmed.

REFERENCES FOR POINTS IN HEADNOTES
There were no headnotes for this case and no references.

*Frank · J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Nicholas V. Olds* and *Jerome Maslowski,* Assistant Attorneys General, for the people.

*Leithauser & Leithauser (Robert C. Leithauser,* of counsel), for defendants.

QUINN, J. This is a companion case of *People, ex rel. Director of Conservation,* v. *Reghi,* No 854. Except for different defendants and different land, it is identical to *Reghi.* It is our opinion that *People, ex rel. Director of Conservation,* v. *Reghi* (1966), 3 Mich App 389, controls.

Affirmed, but without costs.

LESINSKI, C. J., and T. G. KAVANAGH, J., concurred.